EDWARD D. GROSHONG *ex rel.* FORREST L. TISDEL, Petitioner-Appellant, *v.* HUGH A. CAMPBELL, Sheriff of Sangamon County, Respondent-Appellee.

(No. 12402;

Fourth District—August 21, 1975.

Opinion by Mr. JUSTICE TRAPP.

Donald E. Groshong, of East Alton, for appellant.

C. Joseph Cavanagh, State's Attorney, of Springfield (Walter F. Farrand, Assistant State's Attorney, and Terry Lee Fields, Law Student, of counsel), for appellee.

WILLIAM TWEEDY, JR., Plaintiff-Appellee, v. WRIGHT FORD SALES, INC., et al., Defendants.—(FORD MOTOR COMPANY, Defendant-Appellant.)

(No. 12466;

Fourth District—August 21, 1975.